IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | No. C06-4022-DEO |
| | ) | |
| vs. | ) | |
| | ) | JUDGMENT |
| REAL PROPERTY LOCATED AT | ) | IN A CIVIL CASE |
| 1716 HARRIS STREET, SIOUX CITY, | ) | |
| WOODBURY COUNTY, IOWA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the Court and

    IT IS ORDERED AND ADJUDGED

        Judgment is entered in accordance with the attached Decree of Forfeiture.

Dated: 7-03-07

PRIDGEN J. WATKINS
Clerk

_____
(By) Deputy Clerk

**APPROVED BY:**

_Donald E O'Brien_
**DONALD E. O'BRIEN**
**Senior Judge**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | No. C 06-4022 |
| vs. | ) | |
| REAL PROPERTY LOCATED AT 1716 HARRIS STREET, SIOUX CITY, WOODBURY COUNTY, IOWA, | ) | |
| Defendant. | ) | |

## DECREE OF FORFEITURE

This matter comes before the Court on the United States' Motion for Summary Judgment and Motion for Decree of Forfeiture pursuant to Rule 56 of the Federal Rules of Civil Procedure.

On March 24, 2006, a Verified Complaint for Forfeiture in rem was filed against the real property at 1716 Harris Street, Sioux City, Woodbury County, Iowa, on behalf of the United States of America.

The complaint alleges that the defendant property represents proceeds from the illegal distribution of controlled substances and/or represents property that was used to facilitate the illegal distribution of controlled substances, in violation of Title 21, United States Code,

Section 841(a)(1), and, is therefore, subject to forfeiture pursuant to Title 21, United States Code, Sections 881(a)(6) and (a)(7).

The United States seeks a final decree of forfeiture against the defendant property.

It appearing that process was fully issued in this action and returned according to law:

That on or about June 23, 2006, Ryan Mathison filed a Statement of Interest in this civil forfeiture action;

That on or about July 19, 2006, Ryan Mathison filed a Resistance to the Verified Complaint of Forfeiture;

That as a result of the criminal conviction of Ryan Mathison in Criminal Case No. 06-4030, the Mathisons have agreed that they no longer wish to contest this civil forfeiture action;

That on or about December 12, 2006, Central Bank filed a Statement of Interest in this civil forfeiture action;

That the United States intends to recognize the lien of Central Bank in this civil forfeiture action;

That on or about May 23, 2007, GB Investments filed a claim in this civil forfeiture action;

2

That on or about June 6, 2007, GB Investments filed an Answer in this civil forfeiture action;

That the United States intends to satisfy the claim of GB Investment by redeeming the tax certificate issued to them;

That on April 6, 2007, April 13, 2007, and April 20, 2007, the United States published notice of the forfeiture in the Sioux City Journal, a newspaper having general circulation in the area in which the illegal activities occurred;

That no other third parties have filed claims to the defendant property and the deadline to do so has since expired;

**NOW**, therefore, on motion of the Plaintiff, the United States of America, the Court finds as follows:

**IT IS THEREFORE ORDERED**:

1. That the defendant property is hereby forfeited to the United States of America, subject to the liens of Central Bank and GB Investments. The defendant real property at 1716 Harris Street, Sioux City, Woodbury County, Iowa, is legally described as:

> Highland Park, Lots 24-28, Block 8 and Ex N 20 Ft. Lot 29, Block 8.

2. That the United States Marshals Service shall dispose

3

of the forfeited property, and after the deduction of all costs and expenses, including payment of the liens of Central Bank and GB Investments, shall deposit the proceeds, into the United States Marshals Asset Forfeiture fund to be disbursed according to the law.

**IT IS SO ORDERED** this 3rd day of July, 2007.

*Donald E. O'Brien*
Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

## Orders on Motions
5:06-cv-04022-DEO United States of America v. 1716 Harris Street, Sioux City, Iowa

### U.S. District Court

### Northern District of Iowa

Notice of Electronic Filing

The following transaction was received from des, entered on 7/3/2007 at 11:31 AM CDT and filed on 7/3/2007
**Case Name:** United States of America v. 1716 Harris Street, Sioux City, Iowa
**Case Number:** 5:06-cv-4022
**Filer:**
**Document Number:** 24

**Docket Text:**
DECREE OF FORFEITURE granting [23] Motion for Summary Judgment and Decree of Forfeiture. Signed by Judge Donald E O'Brien on 7/03/07. (des, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1025896836 [Date=7/3/2007] [FileNumber=472317-0]
[2e11386d8cf6525b44506576fa94202b9a7d9f7a840273ef739da1532dba48b6ab523
2e6b47aea6c569ebc466eb4832c9dee70115a00acf95cfd0b5e9e28fc82]]

**5:06-cv-4022 Notice will be electronically mailed to:**

Martin J McLaughlin    marty.mclaughlin@usdoj.gov, usaian.ecfciver@usdoj.gov

Richard H Moeller    rmoeller@berensteinlawfirm.com, mjones@berensteinlawfirm.com

Edean Marie Murray    emmurray@iw.net

Chad Douglas Primmer    chad@primmerlaw.com,

**5:06-cv-4022 Notice will be delivered by other means to:**